UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE LANE CONSTRUCTION CORPORATION,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>SKANSKA USA, INC. and SKANSKA USA CIVIL, INC.,<br><br>                              Defendants. | 21 Misc. 745 (KPF)<br><br>**TRANSFER ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Plaintiff's motion to transfer the above-captioned action (Dkt. #5, 6) is not contested by Defendants (Dkt. #12).  Accordingly, the Court GRANTS Plaintiff's motion to transfer this action to the Middle District of Florida.

    The Clerk of Court is directed to terminate the pending motions at docket entries 5 and 8.  The Clerk of Court is further directed to transfer this case in its entirety to the United States District Court for the Middle District of Florida.

    SO ORDERED.

Dated:    September 27, 2021
             New York, New York

                                                KATHERINE POLK FAILLA
                                               United States District Judge